UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
STATE OF FLORIDA, *ex rel.*
MCKENZIE STEPE,

      Plaintiffs,

      v.

RS COMPOUNDING LLC d/b/a
ZOE SCRIPTS LABORATORY
SERVICES, LLC, and d/b/a
WESTCHASE COMPOUNDING
PHARMACY, and JOHN DOE
CORPORATIONS 1-10, all
whose true names are unknown,

      Defendants.

_____/

Case No. 8:13-cv-3150-T-33AEP

**FILED *EX PARTE*
AND UNDER SEAL**

## GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States hereby notifies the Court of its decision to intervene in part, and to decline to intervene in part, in this *qui tam* action. Specifically, the United States (1) intervenes with respect to the relator's fraudulent pricing allegations against defendant RS Compounding, LLC, d/b/a Zoe Scripts Laboratory Services, LLC, d/b/a Westchase Compounding Pharmacy (RS Compounding); and (2) declines to intervene with respect to the relator's remaining allegations (including the relator's fraudulent marketing and promotional allegations) against RS Compounding and the other named defendants in the relator's Complaint. Consistent with Federal Rule of Civil Procedure 4, the United States will file a Complaint-In-Intervention in this action within sixty (60) days.

Although the United States declines to intervene in portions of this action, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1).   That provision allows the relator to maintain the declined portions of the action in the name of the United States, provided, however, that those portions of the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."  *Id.*   In accordance with this provision, the United States respectfully requests that, should either the relator or the defendants propose that those portions of the action in which the United States has declined to intervene be dismissed, settled or otherwise discontinued, the Court solicit the written consent of the United States before ruling upon such request.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States respectfully requests that all pleadings filed in this action, including those pertaining to the non-intervened portions, be served upon the United States.   The United States similarly requests that all orders issued by the Court be sent to government counsel as well.

In addition, the United States respectfully reserves its right to order any deposition transcripts, and to intervene at a later date in those portions of this action in which it is declining to intervene upon a showing of good cause.   The United States also respectfully reserves the right to seek the dismissal of the relator's action or claim(s) on any appropriate ground(s).

Finally, the United States respectfully requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed.   The United States also respectfully requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such

papers were provided by law to the Court alone for the sole purpose of evaluating

whether the seal and the time for making an election to intervene should be extended.

A proposed Order is submitted herewith for the Court's consideration.

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

Dated: April 28, 2017

SHEA M. GIBBONS
Assistant United States Attorney
United States Attorney No. 0000172
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:   (904) 301-6310
Shea.Gibbons@usdoj.gov

Dated: April 28, 2017

CHRISTOPHER P. TUITE
Assistant United States Attorney
Florida Bar No.: 125146
North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone No. (813) 274-6000
Facsimile No. (813) 274-6200
Christopher.Tuite@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 28th day of April, 2017, I caused a true and correct copy of the foregoing to be served by United States mail, first class postage prepaid, upon the following person(s):

Robert A. Magnanini
STONE & MAGNANINI LLP
100 Connell Drive, Suite 2200
Berkeley Heights, New Jersey 07922

Pursuant to 31 U.S.C. § 3730(b)(2), the matter is under seal and therefore the defendants will not be served with this pleading.

CHRISTOPHER P. TUITE
Assistant United States Attorney