UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
STATE OF FLORIDA, *ex rel.*
MCKENZIE STEPE,

    Plaintiffs,

v.

RS COMPOUNDING LLC d/b/a
ZOE SCRIPTS LABORATORY
SERVICES, LLC, and d/b/a
WESTCHASE COMPOUNDING
PHARMACY, and JOHN DOE
CORPORATIONS 1-10, all
whose true names are unknown,

    Defendants.
_____/

Case No. 8:13-cv-3150-T-33AEP

## ORDER

The United States, having intervened in part in this action pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), with respect to the relator's fraudulent pricing allegations against RS Compounding, LLC, d/b/a Zoe Scripts Laboratory Services, LLC, and d/b/a Westchase Compounding Pharmacy (RS Compounding), it is hereby ORDERED:

1.     The relator's Complaint, the *Government's Notice Of Election To Intervene In Part And To Decline to Intervene In Part*, and this Order shall be unsealed.

2.     The government shall have sixty days (60) from the date of this Order to file its Complaint-In-Intervention.

3. All other papers or Orders on file in this matter shall remain under seal.

4. The seal shall be lifted on all other matters occurring in this action after the date of this Order.

5. In accordance with 31 U.S.C. § 3730(b)(1), the relator may maintain in the name of the United States those portions of the action in which the United States has declined to intervene.

6. Should either the relator or the defendants propose that those portions of the action in which the government has declined to intervene be dismissed, settled or otherwise discontinued, written consent of the United States shall be solicited before the Court rules upon such request.

7. Upon a showing of good cause, the United States shall be allowed at a later date to intervene in those portions of this action in which it has declined to intervene.

8. All pleadings filed in this action, including those pertaining to the non-intervened portions of the action, as well as all Orders of this Court, shall be sent to the United States.

DONE and ORDERED in Tampa, FL on May 1, 2017.

_____
HON. VIRGINIA M. HERNANDEZ COVINGTON
United States District Judge

Copies furnished to:

Shea M. Gibbons, AUSA
Christopher P. Tuite, AUSA
Robert A. Magnanini, Esq.