IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

UNITED STATES OF AMERICA and
the STATES OF CALIFORNIA, COLORADO,
DELAWARE, FLORIDA, GEORGIA, ILLINOIS,
INDIANA, LOUISIANA, MARYLAND, NEVADA,
NEW JERSEY, NEW MEXICO, OKLAHOMA,
TEXAS, the COMMONWEALTHS OF
MASSACHUSETTS and VIRGINIA,
*ex rel.* MCKENZIE STEPE,

        Plaintiffs/Relators,                 Case No. 8:13-cv-03150-VMC-AEP

v.

RS COMPOUNDING LLC d/b/a ZOE SCRIPTS
LABORATORY SERVICES, LLC, and d/b/a
WESTCHASE COMPIUNDING PHARMACY,
RENIER GOBEA, STEPHEN M. CADDICK, Pharm.D.,
and JOHN DOE CORPORATIONS 1-10, all of whose true
names are unknown

        Defendants.
_____/

**THE PLAINTIFF STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION
AND CONSENT TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The States of California, Colorado, Delaware, Florida, Georgia, Illinois, Indiana,

Louisiana, Maryland, Nevada, New Jersey, New Mexico, Oklahoma, Texas, and the

Commonwealths of Massachusetts and Virginia, (collectively referred hereafter as "the States"),

hereby notify the Court of their respective decisions not to intervene in this action.

Relator initially filed this action under the Federal False Claims Act and the Florida False

Claims Act in 2013.  Following the Endorsed Order unsealing this matter as of May 2, 2017, the

United States' Complaint in Partial Intervention was filed June 30, 2017.  Counsel for the Relator

1

filed an Amended Complaint under the Federal False Claims Act and the similar statutes of seventeen (17) States on July 12, 2017. After consideration, the States have asked undersigned counsel for the State of Florida to inform the Court that they have collectively decided not to intervene in this Action. As of the time of filing, the State of Tennessee has not indicated whether they will also decline intervention, and remains a Plaintiff State.

The Maryland False Health Claims Act provides that "If the State does not elect to intervene and proceed with the action . . . before unsealing the complaint, the court shall dismiss the action." Md. Code Ann., Health Gen, § 2-604(a)(7). Accordingly, the State of Maryland requests that all claims asserted on behalf of the State of Maryland be dismissed without prejudice.

In the event the Relators file a Motion for Voluntary Dismissal without Prejudice, the States, (with the exceptions of the Commonwealth of Virginia, and the State of Maryland),[1] hereby consent to said voluntary dismissal, and request all motions to that effect and Order or rulings by the Court be sent to them by Relator's Counsel.

The States (except Maryland), request all pleadings and motions filed in this action, including supporting memoranda, be served on each of them and that all orders issued by the Court be sent to each of them by Relator's counsel. The States (except Maryland) further reserve their right to order any deposition transcripts, and to move to intervene in this action, for good cause, at a later date.

A proposed order accompanies this Notice.

---

[1] Pursuant to Va. Code Ann. §8.01-216.5(A), Relator Stepe must obtain the Commonwealth of Virginia's separate, written consent prior to voluntary dismissal in this matter.

Respectfully Submitted,


PAMELA JO BONDI
Attorney General of the State of Florida


Dated:   September 25, 2017

By: _M. VaWWalle_
ERIN M. VAN DE WALLE
Assistant Attorney General
Florida Bar No. 99871
Office of the Attorney General
Medicaid Fraud Control Unit
Complex Civil Enforcement Bureau
Concourse Center 4
3507 East Frontage Rd. Suite 200
Tampa, FL 33607-1795
Telephone: (813)287-7120
Erin.VanDeWalle@myfloridalegal.com

ATTORNEY FOR THE STATE OF
FLORIDA and filing at the request of
the States of California, Colorado,
Delaware, Georgia, Illinois, Indiana,
Louisiana, Maryland, Nevada, New
New Mexico, Oklahoma, Texas, and the
Commonwealths of Massachusetts and
Virginia

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September, 2017, true and correct copies of the foregoing Plaintiff States' Notice of Election to Decline Intervention and Consent to Voluntary Dismissal and proposed order were served via email to the following representatives of the United States and counsel of record.

Erin M. Van De Walle
Assistant Attorney General

For the United States:

Christopher P. Tuite
Assistant United States Attorney
Florida Bar No. 125146
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Tel: (813) 274-6000
Fax: (813) 274-6200
Christopher.Tuite@usdoj.gov

Shea M. Gibbons
Assistant United States Attorney
United States Attorney no. 0000172
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202
Tel: (904) 301-6300
Fax: (904) 301-6310
Shea.Gibbons@usdoj.gov

Counsel of Record:

Robert A. Magnanini
STONE & MAGNANINI LLP
100 Connell Drive, Suite 2200
Berkeley Heights, New Jersey 07922
Tel: (973) 218-1111
Fax: (8973) 218-1106

rmagnanini@stonemagnalaw.com

G. Wrede Kirkpatrick
Florida Bar No. 0984116
Hines Norman Hines, P.L.
315 S. Hyde Park Avenue
Tampa, Florida 33606
Tel: (813) 251-8659
Fax: (813) 254-6153
wkirkpatrick@hnh-law.com